FILED
IN OPEN COURT
MAR - 2 2015
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

LEGAL AND LAWFUL NOTICE OF
NAME DECLARATION, CORRECTION
AND
DECLARATION OF STATUS
PUBLICATION AND PROCLAMATION

Name Declaration:

I, Mustaffa 'Abdu'l-Mutakkabir Bey, standing firmly upon my square securely fixed upon the Five Points of Light being Love, Truth, Peace, Freedom, and Justice, do make, ordain, and Proclaim upon Divine Law; Nature's Law; Universal Law; Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America - U.S.A under the colorable, Ward-ship name David Allen Junior (inclusive of any and all derivatives and spellings and abbreviations that may apply) wherefore I was aliened, do hereby make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful, Social, and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America - acknowledging my Birthrights.

Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of the Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture;

(I)

by Birthright; by Natural Birth; by Freehold; and by Inheritance.

Declared for the Public Record, I am returning the European cognomen and misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published and Resolved that:

I Am: Mustaffa 'Abdu'l-Mutakkabir Bey, 'In Propria Persona sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH AMERICAN ZODIAC CONSTITUTION:
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey, and Al), Article two (2), Paragraph two (2).
2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
   MOORISH AMERICAN CREDENTIALS:                              TRUTH A-1
3. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).
4. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D.
   (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES).
5. UNIVERSAL DECLARATION OF HUMAN RIGHTS - UNITED NATIONS - HUMAN RIGHTS [Article Fifteen (15)].
6. RIGHTS OF INDIGENOUS PEOPLES - UNITED NATIONS: GENERAL ASSEMBLY - PART 1, ARTICLE 4.

Status: Autonomous Autochthonous Freehold By Inheritance
International Covenant of Economic, Social and Cultural Rights - Article 15a and 25

(II)

International Covenant on Civil and Political Rights Part 1, Treaty of Peace and Friendship, Art. 1 sect. 1 and 2 AA222141 title 18 pt 1 chap. 7 sect. 112, (1116(b) S.O.P. 8.5)

This Document serves as a lawful and legal notification, to you concerning the RIGHTS AND IMMUNITY(S), AND SOVEREIGN STATUS OF FREE MOORISH NATIONALS of the Great Seal Moorish Indigenous Republic: the Bey's, Dey's, Heh's, Re, Al's, El's, and Ali's of the Continental United States; Canada, Mexico, Central and South America, with biographic information to wit:

We as an autonomous Nation of Aboriginal Indigenous Peoples have been labeled and marked by many Misnomers: Indians, Black, Negro, Colored, African-American, Spanish, Latino, Puerto Rican, and other Artificial Persons which are all misnomers though we are referred By tribal names by the Europeans such as Olmecs (Xi), Riffians, Washitaw, Nanticoke, Leni Lenape (Delaware), Iroquois, Yamassee, Seminole, Choctaw, Cherokee, Chickasaw, Tunica, Shawnees, Onondaga, Seneca, Mohawk, Cayuga, Oneida, Adodarhoh, Blackfoot, Alibamu, Nez Perce, Natchez, Osage, Creeks, etc. These are some of the many names we are known by and called yet we are all Moabites of Al $\rho$, Anciently called Amexem or the North Gate Egypt of the West, Atlantis etc.

## Noble Sovereign Status

We the Moabites are the Nobles of Northwest, South, and Central Amexem and the Adjoining Islands by Birthright and Inheritance. Ali, El, Dey, Bey, Al are Moorish Noble Titles to the Land and possess the only Lawful title to the land. We are a Sovereign Body mentioned as We The People, We possess Supreme Political Authority, We have all benefits and rights to the land we stand on in accord with the Law of Nature which cannot be bought or sold. It is only gained through heredity, birth-line and pedigree and are a Free People. We The Free Moabites stand for the Republic and are Sovereign (self-governed) by and ONLY Obligated to the Laws of the Republic, and its GREAT SEAL and the principles and standards embodied in the MOORISH NATIONAL FLAG; Love, Truth, Peace, Freedom, and Justice. WE THE FREE MOABITES, THE ONLY TRUE NATIONALS maintain a NON-OBLIGATORY respect for the Union States Republic (U.S.A.), its members, laws, ordinances, codes, customs and

( III )

tradition, pursuant to:
1. THE FREE MOORISH ZODIAC CONSTITUTION
   Article IV (4) and Article VI (6)
2. TREATY OF PEACE AND FRIENDSHIP (1787, 1836)
   NATIONAL ARCHIVES, WASHINGTON, D.C.
3. NATIONAL CONSTITUTION OF THE UNITED STATES REPUBLIC
   ARTICLE III SECTION 2
4. UNITED STATES DEPARTMENT OF JUSTICE
   MOORISH CREDENTIALS; FREE ZODIAC CONSTITUTION: AA222141  A-1 TRUTH
5. UNITED STATES SUPREME COURT: SUPREME LAW - ACTS of State
6. FILE IN THE HOUSE OF REPRESENTATIVES, RESOLUTION NO. 75,
   April 17, 1933 (MOORISH AMERICAN SOCIETY AND USE OF THEIR NAMES)
7. UNITED NATIONS UNIVERSAL DECLARATION OF HUMAN RIGHTS - ARTICLE XV
8. UNITED STATES CONSTITUTION: ARTICLE III (3), SECTION two (2), Amendment V (5)
   (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People)
9. RIGHTS OF INDIGENOUS PEOPLES - UNITED NATIONS: GENERAL ASSEMBLY -
   PART 1, ARTICLE 4

We, the recognized, free and Sovereign state of Moorish National Affairs, the FREE MOORISH NATIONALS, FREE AND SOVEREIGN STATE OF MOORISH NATIONAL AFFAIRS, the FREE MOORISH NATIONALS, bearers of the names/titles Bey, Dey, El, Al, and Ali, the True American Citizens of the Continental United States, the land of our Moorish forefathers of Moroccan descent, having and retaining All Substantive "RIGHTS AND IMMUNITIES OF NATIONALS" enjoy and operate upon consummated, vested Constitutional RIGHTS AND IMMUNITY(s) from TAXATION, CRIMINAL, AND CIVIL JURISDICTION BY, AND OF, THE UNION STATES REPUBLIC (U.S.A.), pursuant to, UNITED STATES SUPREME COURT ACTS OF STATE:
"Every Sovereign State [People] is bound to respect the independence of every other Sovereign

(IV)

State [People] and the courts of one country [People] will not sit in judgement on the acts of the government of another, done within [the same or] its own territory..."
Underhill v. Hernandez, 168 U.S. 250, 18 Sup. Ct. 83, 42 L. Ed. 456.

Wherefore, I, Mustaffa 'Abdúl-Mutakkabir Bey, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

Correction Claim; Declaration; Affirmation, and Application; Herewith Published for the Public Record.

I Am: *Mustaffa 'Abdú'l-Mutakkabir Bey*
A Free and Sovereign Moorish American National
In Propria Persona sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

( V )